UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DANIEL TEKLEMARIAM HAGOS,<br><br>                  Plaintiff,<br><br>   v.<br><br>KING COUNTY, et al.,<br><br>                  Defendants. | No. 2:23-CV-853-RJB-DWC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation (Dkt. 4).

(2) Plaintiff's Motion to Proceed IFP (Dkt. 1) is denied. Plaintiff is ordered to pay the $402 filing fee within thirty (30) days of the date of this Order if he wishes to proceed with this lawsuit. If Plaintiff does not timely pay the filing fee, the Clerk's Office is directed to terminate this action.

(3) The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. David W. Christel.

**DATED** this 10th day of July, 2023.

*[signature]*

ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1